No. 23-60163

# In the United States Court of Appeals for the Fifth Circuit

VANESSA BARRETT, as natural mother and adult next friend of G.W., a minor, who are the heirs and wrongful death beneficiaries of Pierre Woods, deceased; DRIS MITCHELL, as the natural mother and adult next friend of K.W., a minor, who are the heirs and wrongful death beneficiaries of Pierre Woods, deceased,
*Plaintiffs / Appellees*

v.

BRYAN BAILEY, Individually,
*Defendant / Appellant*

## UNOPPOSED MOTION TO STAY APPEAL

**NOW COMES** Defendant / Appellant Bryan Bailey, individually, ("Defendant") by and through counsel, and moves this Court for a stay of these proceedings by stating as follows:

1. On April 3, 2023, Defendant appealed an order from the United States District Court for the Southern District of Mississippi, Northern Division, denying his motion premised on qualified immunity.

2. Defendant's Brief of Appellant was filed on June 6, 2023, and Plaintiffs' Brief of Appellees was filed on August 14, 2023. Defendant's Reply Brief of Appellant is currently due on October 6, 2023.

3. Through the Fifth Circuit's Mediation Program, the parties have been able to reach a settlement agreement, which is conditioned on chancery court approval of the settlement terms on behalf of the minor wrongful death beneficiaries and/or heirs-at-law of Pierre Woods.

4. Defendant respectfully requests a stay of this appeal and all remaining appeal deadlines pending such chancery court approval.

5. By signature below, counsel for Plaintiffs acknowledges that there will be no opposition to this motion and that Plaintiffs agree to the relief requested herein.

**WHEREFORE, PREMISES CONSIDERED,** Defendant / Appellant Bryan Bailey, individually, prays that this Court stay this appeal and all remaining appeal deadlines pending chancery court approval of the settlement agreement between the parties.

**RESPECTFULLY SUBMITTED,** this the 6th day of October, 2023.

          **BRYAN BAILEY, INDIVIDUALLY –**
          **Defendant / Appellant**

    **BY:**   /s/ Jason E. Dare
          **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone: (601) 713-1192

**Acknowledgment of Counsel**:

　/s/ Tamekia R. Goliday
Tamekia R. Goliday (MSB No. 99431)
trgoliday@yahoo.com
GOLIDAY LAW FIRM
Post Office Box 13632
Jackson, Mississippi 39236-3632
T: (601) 368-1800
*Counsel for Plaintiffs / Appellees*

# CERTIFICATE OF SERVICE

　　I hereby certify that on this 6th day of October, 2023, I electronically filed the foregoing pleading with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. All counsel of record are registered CM/ECF users, and will be served by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　/s/ Jason E. Dare
　　　　　　　　　　　　　　　　**JASON E. DARE**